In the Matter of the Claim of JOHN BISHOP, Respondent, against GEORGE H. FLINN CORPORATION, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award modified by striking out the allowance of $1,100 for serious permanent facial disfigurement, and as so modified affirmed, without costs. (Clark v. Hayes, 207 App. Div. 560; affd., 238 N. Y. 553.) Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ., concur.

In the Matter of the Claim of GEORGE NOLTE, Respondent, against ISAAC HEINEMAN and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of STANLEY PESHINSKI, Appellant, against FULTON MARKET REFRIGERATING COMPANY and STATE INSURANCE FUND, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of RUFINA LUNGHARD, Respondent, against AVENUE ST. JOHN CORPORATION and Others, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed, on consent, and matter remitted to the State Industrial Board. Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ., concur.

In the Matter of the Claim of MAY LA FLAIR, as Committee on Behalf of JOSEPH REVIER, Respondent, against TURNER CONSTRUCTION COMPANY, Appellant, and STATE INSURANCE FUND, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board. Hill, P. J., McNamee, Crapser and Heffernan, JJ., concur; Rhodes, J., dissents and votes to reverse the award and to remit the claim upon the ground that the award should have been made against the special fund under section 25-a of the Workmen's Compensation Law.

In the Matter of the Claim of BERTHA L. GORDON and Others, Respondents, against HENRY L. DOHERTY & COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of MARY SIMETH, Respondent, against GEORGE H. SMILEY & SON and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. —Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.